**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 09-02106-MD-GOLD/GOODMAN**

IN RE: FONTAINEBLEAU LAS VEGAS
CONTRACT LITIGATION
_____/

## ORDER ON MOTION TO COMPEL

This matter is before the Court on the Term Lenders' motion to compel (DE# 123), filed August 19, 2010.  The motion seeks an order compelling Fontainebleau Resorts, LCC to produce all documents, including those electronically stored, in response to a subpoena issued on April 22, 2010.

Fontainebleau has identified three computer servers likely to contain the information sought in the subpoena.  All three servers are now in Fontainebleau's possession.  Fontainebleau requests at least a month to screen the servers for responsive, non-privileged documents.  This is because the documents of parties other than Fontainebleau, most notably those of the debtors in bankruptcy, are also found on the servers.  During the hearing, Fontainebleau's counsel represented that just this day the bankruptcy trustee sent Fontainebleau's counsel an outline of an agreement on procedures to review the documents on these servers.

The Term Lenders argue that after four and a half months the Court should impose an expeditious and firm deadline so as not to interfere with the scheduling order entered by the Honorable Alan S. Gold.  Judge Gold has twice extended discovery deadlines (See DE# 100, 111) and trial in this case is currently scheduled for February 13, 2010 (DE# 76).  The Term Lenders seek an order requiring Fontainebleau to produce the relevant documents by September 17, 2010, if not earlier.

The Court has reviewed the motion and response thereto, held a hearing on the motion on August 30, 2010, and is otherwise duly advised.  In light of the extended pendency of this subpoena and in order to accommodate Judge Gold's trial setting order, it is hereby ordered that:

1.      The Term Lenders' motion to compel (DE# 123) is GRANTED.

2.      Fontainebleau shall produce all non-privileged documents subject to the subpoena on or before **September 13, 2010.**

3.      Fontainebleau shall provide the Term Lenders with a privilege log on or before **September 20, 2010.**

DONE AND ORDERED in Chambers, at Miami, Florida, this 30th Day of August, 2010.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record