UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 09-MD-02106-CIV-GOLD/GOODMAN

IN RE: FONTAINEBLEAU LAS VEGAS
CONTRACT LITIGATION

    MDL No. 2106

_____/

**ORDER UPON MANDATE; SUGGESTING REMAND BY THE UNITED STATES
PANEL ON MULTIDSTRICT LITIGATION TO THE DISTRICT OF NEVADA**

    This Cause is before the Court upon Mandate of the Eleventh Circuit Court of Appeals [ECF 362], in which the Eleventh Circuit affirmed my denial of the Term Lenders' Motion for Partial Summary Judgment and interpretation of Bank of America's obligations under the Disbursement Agreement, reversed the grant of final summary judgment in favor of Bank of America, and remanded the case for proceedings consistent with the opinion. This multi-district litigation ("MDL") arose out of alleged breaches of various agreements for loans to construct and develop a casino resort in Las Vegas, Nevada. On July 7, 2009, *Fontainebleau Las Vegas, LLC v. Bank of America, N.A.*, *et al.*, Case No. 09-cv-21879 (the "Fontainebleau Action"), was filed in the Southern District of Florida and assigned to me. Subsequently, *Avenue CLO Fund, Ltd., et al. v. Bank of America, et al.*, Case No. 09-cv-1047 (the "Avenue Action") was filed in the District of Nevada.

    On December 2, 2009, the United States Judicial Panel on Multidistrict Litigation ("JPML") [ECF No. 1][1] consolidated the Fontainebleau and Avenue Actions for

---

[1] All references to the docket refer to Case No. 09-md-02106, unless otherwise indicated.

coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, and transferred the MDL to me, reasoning, *inter alia*, that the Fontainebleau Action was the more advanced of the two actions.[2] The JPML also noted there was a potential tag-along action pending in the Southern District of New York, *ACP Master, LTD, et al. v. Bank of America, et al*, Case No. 09-cv-8064 (the "Aurelius Action"), and, on January 4, 2010 [ECF No. 21], the JPML transferred the Aurelius Action to me.[3]

In April 2011, upon agreement by the relevant parties, I dismissed the Aurelius Action without prejudice so that the Aurelius plaintiffs, whose interests had been acquired by the Avenue plaintiffs, could pursue their claims against Bank of America in the Avenue Action [ECF No. 238; *see also* ECF Nos. 212, 212-1].[4] In August 2012, while various appeals relating to the MDL were pending before the Eleventh Circuit, the parties to the Fontainebleau Action settled their case [ECF No. 353; 09-cv-21879, ECF No. 161]. Therefore, pending before me upon Mandate is the Avenue action only. Additionally, upon review of the case file and the Eleventh Circuit's Mandates [ECF Nos. 361 and 362], I conclude all common pretrial proceedings in this MDL have been completed.

---

[2] Upon transfer to the Southern District of Florida, the Avenue Action was assigned Case No. 09-cv-23835.

[3] Upon transfer to the Southern District of Florida, the Aurelius Action was assigned Case No. 10-cv-20236.

[4] I had previously dismissed Counts I and II of the Aurelius Amended Complaint for lack of standing. The Eleventh Circuit affirmed the dismissal by mandate issued March 25, 2013 [ECF No. 361].

Accordingly, pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the JPML, and for the just and efficient handling of this matter, I respectfully request that the JPML remand this case to its original forum, the District of Nevada. *See* 28 U.S.C. § 1407(a) ("Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated …."); Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 10.1(b); MDL No. 2005, *In Re: Air Crash at Tegucigalpa, Honduras*, ECF No. 63, August 6, 2010 Remand Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of August, 2013.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:  Clerk of the United States Judicial Panel on Multidistrict Litigation
     Magistrate Judge Jonathan Goodman
     All Counsel of Record